```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

v.

PETER GHAVAMI,
(aka PETER GHAVAMILAHIDJI);
GARY HEINZ and
MICHAEL WELTY,

     Defendants.

-----------------------------------------------------------x

1:10-cr-01217-KMW

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court shall accept for filing, under seal, the following: Government's Memorandum in Opposition to the Motions of Defendants Welty and Ghavami to Sever Count Six of the Indictment; Government's Memorandum in Opposition to Defendants' Motion for a Bill of Particulars; Government's Memorandum in Opposition to Defendants' Joint Motion to Dismiss Counts Two and Four of the Indictment Based on the *Ex Post Facto* and Due Process Clauses; Government's Memorandum in Opposition to Defendants' Motion for Relief as to Counts One, Two and Four as Multiplicitous and Government's Memorandum in Opposition to Defendants' Joint Motion to Dismiss Counts One Through Five of the Indictment as Untimely.

These five documents were submitted by the Government in the above-captioned matter pursuant to the confidential nature of the disclosures therein.

SO ORDERED THIS 21st day of March, 2012.

*Kimba M. Wood*
HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE