## CERTIFICATE OF SERVICE

I, Erik M. Zissu, Esq., hereby certify that on March 28, 2012, I caused true and correct copies of Defendants' Reply Memorandum of Law in Support of their Joint Motion to Dismiss Counts One Through Five of the Indictment as Untimely to be served via FedEx and e-mail on the following counsel:

>Kalina M. Tulley, Esq.
>Neville Hedley, Esq.
>Jennifer M. Dixton, Esq.
>U.S. Department of Justice, Antitrust Division
>Midwest Field Office
>Rookery Building
>209 South LaSalle Street, Suite 600
>Chicago, Illinois 60604
>
>Gregory L. Poe, Esq.
>Rachel S. Li Wai Suen, Esq.
>Jennifer Meinig, Esq.
>Poe & Burton PLLC
>The Executive Building
>1030 15th Street, N.W., Suite 580 West
>Washington, D.C. 20005
>
>Marc L. Mukasey, Esq.
>Jonathan N. Halpern, Esq.
>Philip J. Bezanson, Esq.
>Bracewell & Giuliani LLP
>1251 Avenue of the Americas, 49th Floor
>New York, New York  10020

_____
Erik M. Zissu