## CERTIFICATE OF SERVICE

I, Erik M. Zissu, Esq., hereby certify that on March 28, 2012, I caused true and correct copies of Defendants' Reply Memorandum of Law in Support of their Joint Motion to Dismiss Counts Two and Four of the Indictment Based on the *Ex Post Facto* and Due Process Clauses to be served via FedEx and e-mail on the following counsel:

> Kalina M. Tulley, Esq.
> Neville Hedley, Esq.
> Jennifer M. Dixton, Esq.
> U.S. Department of Justice, Antitrust Division
> Midwest Field Office
> Rookery Building
> 209 South LaSalle Street, Suite 600
> Chicago, Illinois 60604
>
> Gregory L. Poe, Esq.
> Rachel S. Li Wai Suen, Esq.
> Jennifer Meinig, Esq.
> Poe & Burton PLLC
> The Executive Building
> 1030 15th Street, N.W., Suite 580 West
> Washington, D.C. 20005
>
> Marc L. Mukasey, Esq.
> Jonathan N. Halpern, Esq.
> Philip J. Bezanson, Esq.
> Bracewell & Giuliani LLP
> 1251 Avenue of the Americas, 49th Floor
> New York, New York 10020

_____
Erik M. Zissu