## CERTIFICATE OF SERVICE

I, Erik M. Zissu, Esq., hereby certify that on March 28, 2012, I caused true and correct copies of Defendant Peter Ghavami's Reply Memorandum of Law in Support of his Motion to Sever Count Six of the Indictment to be served via FedEx and e-mail on the following counsel:

Kalina M. Tulley, Esq.
Neville Hedley, Esq.
Jennifer M. Dixton, Esq.
U.S. Department of Justice, Antitrust Division
Midwest Field Office
Rookery Building
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604

Gregory L. Poe, Esq.
Rachel S. Li Wai Suen, Esq.
Jennifer Meinig, Esq.
Poe & Burton PLLC
The Executive Building
1030 15th Street, N.W., Suite 580 West
Washington, D.C. 20005

Marc L. Mukasey, Esq.
Jonathan N. Halpern, Esq.
Philip J. Bezanson, Esq.
Bracewell & Giuliani LLP
1251 Avenue of the Americas, 49th Floor
New York, New York  10020

_____
Erik M. Zissu