## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, I caused true and correct copies of the Reply Memorandum in Support of Defendants' Motion for a Bill of Particulars to be served via U.S. mail and electronic mail, on the following counsel:

Kalina M. Tulley
Neville Hedley
Jennifer M. Dixton
U.S. Department of Justice, Antitrust Division
Midwest Field Office
Rookery Building
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604

Michelle Ofner Rindone
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Room 3630
New York, New York 10278

Gregory L. Poe
Poe & Burton PLLC
The Executive Building
1030 15th Street, N.W.
Suite 580 West
Washington, D.C. 20005
T: 202.583.2500
*Counsel for Michael Welty*