04/03/2012 12:00 FAX KURZMAN KARELSEN & FRANK 002

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 4/4/12

MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

Lathrop B. Nelson, III
Admitted in Pennsylvania & New Jersey

123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
Tel: 215-772-1500

Direct Dial: 215-772-7473
Fax: 215-772-7620
Email: lnelson@mmwr.com

MEMO ENDORSED

April 3, 2012

**VIA FACSIMILE**

The Honorable Harold Baer, Jr.
U.S. District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 2230
New York, NY 10007-1312
Facsimile: (212) 805-7901

The Honorable Kimba M. Wood
U.S. District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 1901
New York, NY 10007-1312
Facsimile: (212) 805-7900

Re: **U.S. v. Carollo, et al., No. 10 Cr. 654 (HB)**
**U.S. v. Ghavami, et al., No. 10 Cr. 1217 (KMW)**

Dear Judges Baer and Wood:

On Friday, March 30, 2012, this Court granted Third-Party Movants Investment Management Advisory Group, Inc. ("IMAGE"), David Eckhart, and Martin J. Stallone (collectively, "the IMAGE Movants") permission to file a four-page sur-reply to the Government's Application for an Order Resolving Claims of Attorney-Client Privilege or Attorney Work Product as to Consensual Recordings ("the Government's Application"). *See United States v. Carollo*, 10-CR-00654 (HB), Doc. 213 (filed Mar. 30, 2012). The IMAGE Movants write to request permission to file this sur-reply under seal in the above-referenced cases, consistent with this Court's February 1, 2012 Order. *See United States v. Ghavami*, 10-CR-01217 (KMW), Doc. 88 (filed Feb. 2, 2012) (granting the IMAGE Movants permission to file their reply to the Government Application under seal).

Granted. KMW

4-3-12
SO ORDERED, N.Y., N.Y.
Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

Respectfully submitted,

Lathrop B. Nelson /ECD

Lathrop B. Nelson, III

cc: All counsel of record in the above-captioned cases (via email)

MONTGOMERY McCRACKEN WALKER & RHOADS LLP
PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE
A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
LOUIS A. PETRONI, NEW JERSEY RESPONSIBLE PARTNER