```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA

       - v. -　　　　　　　　　　　　　　　　10 Cr. 1217 (KMW)
　　　　　　　　　　　　　　　　　　　　　　　　ORDER
PETER GHAVAMI, GARY HEINZ, and
MICHAEL WELTY

             Defendants.

---------------------------------x

KIMBA M. WOOD, U.S.D.J.:

      IT IS HEREBY ORDERED that the Clerk of the Court shall accept for filing under seal the following: Reply Memorandum of Law in Support of Defendants' Joint Motion to Dismiss Counts One Through Five of the Indictment as Untimely; Reply Memorandum of Law in Support of Defendant Peter Ghavami's Motion to Sever Count Six of the Indictment; Reply Memorandum of Law in Support of Defendants' Joint Motion to Dismiss Counts Two and Four of the Indictment Based on the Ex Post Facto and Due Process Clauses; Reply Memorandum in Support of Defendants' Motion for Relief as to Counts One, Two, and Four as Multiplicitous; and Reply Memorandum in Support of Defendant Michael Welty's Motion to Sever Count Six. The Defendants and third parties have attested that confidential information is contained therein.

      SO ORDERED.

Dated: New York, New York
　　　　April 9, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kimba M. Wood
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge