AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Peter Ghavami, Gary Heinz, Michael Welty<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   1:10-CR-1217

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:   05/21/2012

*Attorney's signature*

John VanLonkhuyzen 003487 (Maine)
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
26 Federal Plaza
Room 3630
New York, NY  10278
*Address*

John.VanLonkhuyzen@usdoj.gov
*E-mail address*

(212) 335-8037
*Telephone number*

(212) 335-8023
*FAX number*