AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Peter Ghavami, Gary Heinz, Michael Welty<br>*Defendant* | )<br>)<br>)   Case No.   1:10-CR-1217<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:   05/29/2012

*Attorney's signature*

Eric C. Hoffmann 6243122 (Illinois)
*Printed name and bar number*

United States Department of Justice
Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 10278
*Address*

Eric.Hoffmann@usdoj.gov
*E-mail address*

(212) 335-8022
*Telephone number*

(212) 335-8021
*FAX number*