```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x

UNITED STATES OF AMERICA

  - v. -

PETER GHAVAMI, GARY HEINZ, and
MICHAEL WELTY

  Defendants.

-------------------------------- x

10 Cr. 1217 (KMW)
ORDER

KIMBA M. WOOD, U.S.D.J.:

By letter dated May 29, 2012, Defendants Peter Ghavami, Gary Heinz, and Michael Welty (collectively, "Defendants"), requested a pretrial conference to resolve disputes relating to, *inter alia*, the production of exhibit and witness lists, transcripts, and other documents in advance of trial.

In the interest of judicial economy, the parties are directed to meet and confer about all disputes relating to discovery and trial preparation in an attempt to resolve them without the aid of the Court. The parties should subsequently submit a joint status letter no later than June 11, 2012, detailing those disputes, if any, that they have been unable to resolve. The parties should also include a proposed scheduling order for motions in limine and pretrial exchange of discovery materials. The Court will hold a pretrial conference to address scheduling matters on June 14, 2012 at 5:00 p.m.

SO ORDERED.

Dated: New York, New York
       June 4, 2012

                                    _____
                                    Kimba M. Wood
                                    United States District Judge