```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -                  10 Cr. 1217 (KMW)
                                 ORDER

PETER GHAVAMI, GARY HEINZ, and
MICHAEL WELTY

          Defendants.

- - - - - - - - - - - - - - - - x

KIMBA M. WOOD, U.S.D.J.:

    Due to a scheduling conflict, the pretrial conference currently scheduled for June 14, 2012 at 5:00 p.m. is hereby rescheduled to June 14, 2012 at 2:00 p.m.

    SO ORDERED.

Dated: New York, New York
       June 7, 2012

                                          Kimba M. Wood
                               United States District Judge