AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  10 Cr. 1217 (KMW) |
| Ghavami, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Peter Ghavami

Date:   06/12/2012

*Attorney's signature*

Mary Margulis-Ohnuma MM-1072
*Printed name and bar number*

Stillman & Friedman, P.C.
425 Park Avenue
New York, New York 10022

*Address*

mohnuma@stillmanfriedman.com
*E-mail address*

(212) 223-0200
*Telephone number*

(212) 223-1942
*FAX number*