UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER GHAVAMI, GARY HEINZ, and MICHAEL WELTY,<br><br>　　　　　　　　Defendants. | 10-CR-01217 (KMW)<br><br>WITHDRAWAL OF APPEARANCE<br><br>(Filed Electronically) |

Kindly withdraw my appearance on behalf of David Eckhart and Investment Management Advisory Group in the above-captioned matter. I am no longer affiliated with Saul Ewing LLP and am no longer involved in the representation of Mr. Eckhart and IMAGE. Christopher Hall, Esq. and Jennifer Beidel., Esq., of Saul Ewing LLP, have been admitted pro hac vice in this matter and remain counsel for Mr. Eckhart and IMAGE. Mr. Eckhart and IMAGE are aware of and consent to my withdrawal as counsel of record.

Dated: June 14, 2012

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　_/s/ Abigail Lauer
　　　　　　　　　　　　　　　　　　　　　　Abigail Lauer, Esq.
　　　　　　　　　　　　　　　　　　　　　　SDNY Bar: AL-8968

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER GHAVAMI, GARY HEINZ, and MICHAEL WELTY,<br><br>                    Defendants. | 10-CR-01217 (KMW)<br><br><br><br>PROOF OF SERVICE |

I, Abigail Lauer, Esq., hereby certify that on June 14, 2012, I served the within Withdrawal of Appearance upon the following counsel of record via the Court's e-filing system:

James A. Mitchell
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022
*Attorney for Defendant, Peter Ghavami*

Marc Lee Mukasey
Jonathan N. Halpern
Philip J. Bezanson
Bracewell & Giuliani, LLP
1251 Avenue of the Americas, 49th Floor
New York, NY 10020
*Attorneys for Defendant, Gary Heinz*

Gregory L. Poe
Jennifer L. Beinig
Rachel S. Li Wai Suen
Poe & Burton PLLC
1030 15th Street, N.W.
Suite 580 West
Washington, DC 20005
*Attorneys for Defendant, Michael Welty*

Richard L. Scheff
Alfred J. Kuffler
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
*Attorneys for Martin J. Stallone*

Charles V. Reilly
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 10278
*Attorney for United States*

Jennifer M. Dixton
Kalina M. Tulley
Neville Hedley
U.S. Department of Justice, Antitrust Division
209 S. Lasalle Street, Suite 600
Chicago, IL  60604
*Attorneys for United States*

Dated:  June 14, 2012

SAUL EWING LLP

By: /s/ Abigail Lauer
Abigail Lauer, Esq.