LAW OFFICES
STILLMAN & FRIEDMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/12

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

MARY MARGULIS-OHNUMA

NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
ERIK M. ZISSU
LAURA P. WEXLER

TELEPHONE
(212) 223-0200
FACSIMILE
(212) 223-1942

**MEMO ENDORSED**

VIA FACSIMILE 212-805-7900

June 25, 2012

The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: <u>United States v. Ghavami, et al.</u>, 10 Cr. 1217 (KMW)

Dear Judge Wood:

  We write on behalf of counsel for defendants Peter Ghavami, Gary Heinz and Michael Welty in the above-referenced action. Following up on my telephone conversation with Your Honor's chambers, we are filing today memoranda of law in support of defendants' *in limine* motions. As I explained to your law clerk, we are filing them with the records management office under seal, subject to Your Honor's authorization.

[Granted. KMW]

  We have coordinated among counsel for a single filing of the *in limine* motions, and thus counsel have authorized each other to executed the memoranda on behalf of all defendants. In the process of filing them this afternoon, we have been advised by the records management office that we require Your Honor's authorization of defense counsel signing on behalf of their co-counsel. Accordingly, we respectfully request that Your Honor "so order" this letter so we can present it to records management with our memoranda of law.

June 25, 2012

SO ORDERED:

*Kimba M. Wood*
KIMBA M. WOOD
U. S. D. J.