```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA              :
                                      :
              vs.                     :     10 Cr. 1217 (KMW)
                                      :
PETER GHAVAMI, GARY HEINZ, and        :     ~~PROPOSED~~ ORDER
MICHAEL WELTY,                        :
                                      :
              Defendants.             :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/12

Upon the application of defendants Peter Ghavami, Gary Heinz and Michael Welty, by and through their counsel, and finding good cause therefore, it is hereby

ORDERED that pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, the annexed subpoenas *duces tecum* shall be issued to:

> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Wilmer Cutler Pickering Hale and Dorr LLP
> 399 Park Avenue
> New York, NY 10022

ORDERED that all documents responsive to the subpoenas shall be delivered to Charles A. Stillman, Esq., Stillman & Friedman, P.C., 425 Park Avenue, New York, New York 10022; and it is further

ORDERED that the subpoenas be complied with no later than June 29, 2012.

Dated: New York
       June 20, 2012

SO ORDERED  /s/ Kimba M. Wood
HONORABLE KIMBA M. WOOD
United States District Judge