```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA      :

vs.                           :   10 Cr. 1217 (KMW)

PETER GHAVAMI, GARY HEINZ, and :   ~~PROPOSED~~ ORDER
MICHAEL WELTY,                :

              Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Upon the application of defendants Peter Ghavami, Gary Heinz and Michael Welty, by and through their counsel, and finding good cause therefore, it is hereby

       ORDERED that pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, the annexed subpoenas *duces tecum* shall be issued to:

       Piper Jaffray
       800 Nicollet Mall
       Mail Station J12NLE
       Minneapolis, MN 55402

       ICAP North America Inc.
       Harborside Financial Center
       1100 Plaza Five, 11th Floor
       Jersey City, NJ 07311-4996
       Attention: Legal Department

       Commercial Defeasance, LLC
       11121 Carmel Commons Blvd
       Suite 250
       Charlotte, NC 28226

       Deutsche Bank
       Legal Department
       60 Wall Street
       36th Floor
       New York, NY 10005

       FIG Partners
       Legal Department

1175 Peachtree St., NE 100
Colony Square
Suite 2250
Atlanta, GA 30361

Wells Fargo
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

FusionFind LLC
100 S. Bedford Road
Mt. Kisco, NY 10549

CELLCO Partnership d/b/a Verzion Wireless
Attention: Custodian of Records
180 Washington Valley Road
Bedminster, NJ 07921

ORDERED that all documents responsive to the subpoenas shall be delivered to Charles A. Stillman, Esq., Stillman & Friedman, P.C., 425 Park Avenue, New York, New York 10022; and it is further

ORDERED that the subpoenas be complied with no later than June 29, 2012.

Dated: New York
       June 20, 2012

                                    SO ORDERED _____
                                                HONORABLE KIMBA M. WOOD
                                                United States District Judge