UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER GHAVAMI<br>(aka PETER GHAVAMILAHIDJI),<br>GARY HEINZ, and<br>MICHAEL WELTY,<br><br>            Defendants. | 1:10-CR-01217 (KMW)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Wilmer Cutler Pickering Hale and Dorr LLP's Motion to Quash Subpoena, dated July 3, 2012, and the accompanying Declaration of David Olsky, Non-Party Wilmer Cutler Pickering Hale and Dorr LLP by the undersigned attorneys will move this Court before the Honorable Kimba M. Wood, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date to be determined, for an Order pursuant to Federal Rule of Criminal Procedure 17(c)(2).

Dated: New York, New York
       July 3, 2012

                                        Respectfully submitted,

                                        WILMER CUTLER PICKERING HALE
                                         AND DORR LLP

                                        /s/ Peter Neiman
                                        Peter Neiman
                                        Thomas Mueller
                                        David Olsky

                                        399 Park Avenue
                                        New York, NY 10022
                                        (212) 230-8800

(212) 230-8888 (fax)
peter.neiman@wilmerhale.com
thomas.mueller@wilmerhale.com
david.olsky@wilmerhale.com

*Counsel for Non-Party Wilmer Cutler Pickering Hale and Dorr LLP*