USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/12

**WILMERHALE**

David F. Olsky

+1 212 937 7529 (t)
+1 212 230 8888 (f)
david.olsky@wilmerhale.com

July 3, 2012

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Ghavami et al.*, 10 Cr. 1217 (KMW)

Dear Judge Wood:

This letter is submitted on behalf of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") in connection with the above-referenced matter. We will be filing today a motion to quash the subpoena issued on June 20, 2012 (the "Subpoena"). Please accept this letter as an application for an order allowing WilmerHale to file under seal its brief and declaration in support of its motion to quash the Subpoena. The materials requested by the Subpoena concern a witness in this matter that the Government has not publicly identified to date, and further, as set forth in the brief and declaration, the materials requested by the Subpoena are privileged under the attorney-client and work product doctrines.

GRANTED
KMW

I am available to respond to any questions the Court may have. Otherwise, I respectfully ask the Court to endorse the attached Order to Seal Documents.

Thank you for your consideration.

Very truly yours,

David Olsky

Cc: all counsel

SO ORDERED: N.Y., N.Y.
7/3/12

Kimba M. Wood

KIMBA M. WOOD
U.S.D.J.

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington