## CERTIFICATE OF SERVICE

I, James A. Mitchell, Esq., hereby certify that on July 9, 2012, I caused true and correct copies of the following documents:

Defendants' Reply Memorandum of Law in Support of Their Motion *in Limine* to Preclude Certain Lay Opinion Testimony;

Defendants' Reply Memorandum of Law in Support of Their Motion *in Limine* to Preclude Opinion Testimony Regarding Bid Certifications;

Defendants' Reply Memorandum of Law in Support of Their Motion *in Limine* to Preclude Evidence of Settlements by Financial Institutions with Government Authorities;

Defendants' Reply Memorandum of Law in Support of Their Motion *in Limine* to Exclude Certain Documents and Testimony;

Defendants' Reply Memorandum of Law in Support of Their Motion *in Limine* to Preclude the Government from Presenting Argument or Cooperator Testimony that the Alleged Bidding Conduct Violated the Treasury Regulations or was *Per Se* Unlawful;

Defendants' Reply Memorandum of Law in Support of Their Motion *in Limine* to Exclude Evidence of SEC's "Yield Burning" Investigation in 1990s;

Reply Memorandum of Law in Support of Defendants' Motion *in Limine* to Exclude Testimony Concerning Municipal Issuers' Expectations;

Reply Memorandum of Law in Support of Defendants' Motion *in Limine* to Exclude Vague and Prejudicial Testimony and Evidence Not Listed on the Government's Bill of Particulars; and

Reply Memorandum of Law in Support of Defendants' Motion *in Limine* to Exclude Evidence of Pre-Conspiracy Period Transactions

to be served via e-mail and Federal Express on the following counsel:

>Kalina M. Tulley, Esq.
>John W. Van Lonkhuyzen, Esq.
>Jennifer M. Dixton, Esq.
>Michelle Rindone, Esq.
>Eric Hoffman, Esq.
>U.S. Department of Justice, Antitrust Division
>Midwest Field Office
>Rookery Building
>209 South LaSalle Street, Suite 600
>Chicago, Illinois 60604
>
>Gregory L. Poe, Esq.
>Preston Burton, Esq.
>Rachel S. Li Wai Suen, Esq.
>Poe & Burton PLLC
>The Executive Building
>1030 15th Street, N.W., Suite 580 West
>Washington, D.C. 20005
>
>Marc L. Mukasey, Esq.
>Jonathan N. Halpern, Esq.
>Philip J. Bezanson, Esq.
>Bracewell & Giuliani LLP
>1251 Avenue of the Americas, 49th Floor
>New York, New York 10020

_____
James A. Mitchell