UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                        :

UNITED STATES OF AMERICA                  :

                                        :

        v.                                     :

PETER GHAVAMI,                         :          1:10-cr-01217-KMW
(aka PETER GHAVAMILAHIDJI);      :
GARY HEINZ; and                      :
MICHAEL WELTY,                     :

               Defendants.        :

                                        :
-------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

      I, Kalina M. Tulley, hereby certify that a true and correct copy of the Reply Memorandum of Law in Support of Government's Motion *in Limine* to Exclude Evidence and Argument Suggesting the Absence of Criminal Activity in Transactions not Identified in the Final Bill of Particulars, was served on all parties of record by electronic mail, on the following counsel, this 9th day of July, 2012.

Charles Stillman, Esq.                         Gregory L. Poe, Esq.
James Alfred Mitchell, Esq.               Poe & Burton PLLC
Stillman, Friedman & Shechtman, P.C.   1030 15th Street, N.W.
425 Park Avenue                              Suite 580 West
New York, New York 10022                Washington, D.C. 20005

Marc L. Mukasey, Esq.
Jonathan Halpern, Esq.
Bracewell & Giuliani LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1104

                                                          /s/ *Kalina M. Tulley*
                                                          _____
                                                          Kalina M. Tulley
                                                          Trial Attorney
                                                         Antitrust Division