UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                        :

UNITED STATES OF AMERICA              :

       v.                                    :

PETER GHAVAMI,                          :      1:10-cr-01217-KMW
(aka PETER GHAVAMILAHIDJI);
GARY HEINZ; and
MICHAEL WELTY,

                      Defendants.
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Kalina M. Tulley, hereby certify that a true and correct copy of the Reply Memorandum of Law in Support of Government's Motion *in Limine* to Question Cooperating Witnesses about Recorded Conversations, was served on all parties of record by electronic mail, on the following counsel, this 9th day of July, 2012.

Charles Stillman, Esq.
James Alfred Mitchell, Esq.
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022

Marc L. Mukasey, Esq.
Jonathan Halpern, Esq.
Bracewell & Giuliani LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1104

Gregory L. Poe, Esq.
Poe & Burton PLLC
1030 15th Street, N.W.
Suite 580 West
Washington, D.C. 20005

                    /s/ *Kalina M. Tulley*
                    _____
                    Kalina M. Tulley
                    Trial Attorney
                    Antitrust Division