USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/12

LAW OFFICES
# STILLMAN & FRIEDMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

MARY MARGULIS-OHNUMA

NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
ERIK M. ZISSU
LAURA P. WEXLER

TELEPHONE
(212) 223-0200
FACSIMILE
(212) 223-1942

VIA FACSIMILE

July 9, 2012

**MEMO ENDORSED**

The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Ghavami, et al., 10 Cr. 1217 (KMW)</u>

Dear Judge Wood:

  We write on behalf of counsel for all defendants in the above-referenced action. As we advised Your Honor at the conference this morning, tomorrow we will be filing and serving the defendants' memorandum of law and supporting declaration in opposition to the motion to quash the 17(c) subpoena issued to the firm Wilmer Cutler Pickering Hale and Dorr LLP. Attached to the supporting declaration are two documents: (1) a letter from the government dated March 18, 2012 describing certain information about the witness at issue in the subpoena; and (2) a FBI Form 302 from a July 12, 2011 interview of the same witness.

  Given that we believe the information in those documents is subject to the protective order in this case, we would respectfully request that Your Honor "so order" this letter allowing us to provide those two documents to WilmerHale with our opposition papers on the condition that WilmerHale keep the documents and the information therein confidential. We have discussed this issue with WilmerHale and the government, and they are both agreeable to this resolution. Finally, we have agreed with the government that we will redact any information in the March 18, 2012 letter unrelated to the witness at issue.

LAW OFFICES
**STILLMAN & FRIEDMAN, P.C.**

Thank you for your consideration of this request.

Respectfully submitted,

*[signature]*

James A. Mitchell

JAM

cc: Counsel of Record *(by email)*
David Olsky, Esq. *(by email)*

SO ORDERED: July 9, 2012

*[signature]*
Honorable Kimba M. Wood

2