## CERTIFICATE OF SERVICE

I, James A. Mitchell, Esq., hereby certify that on July 10, 2012, I caused true and correct copies of the following documents:

> Defendants' Joint Memorandum of Law In Opposition to Non-Party Wilmer Cutler Pickering Hale And Dorr LLP's Motion to Quash Subpoena
>
> Declaration of James A. Mitchell, Esq., with exhibits in support of Defendants' Joint Memorandum of Law In Opposition to Non-Party Wilmer Cutler Pickering Hale And Dorr LLP's Motion to Quash Subpoena

to be served via e-mail and Federal Express on the following counsel:

Kalina M. Tulley, Esq.
John W. Van Lonkhuyzen, Esq.
Jennifer M. Dixton, Esq.
Michelle Rindone, Esq.
Eric Hoffman, Esq.
U.S. Department of Justice,
Antitrust Division
Midwest Field Office
Rookery Building
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604

Gregory L. Poe, Esq.
Preston Burton, Esq.
Rachel S. Li Wai Suen, Esq.
Poe & Burton PLLC
The Executive Building
1030 15th Street, N.W., Suite 580 West
Washington, D.C. 20005

Marc L. Mukasey, Esq.
Jonathan N. Halpern, Esq.
Philip J. Bezanson, Esq.
Bracewell & Giuliani LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020

Peter Neiman
Thomas Mueller
David Olsky
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022

_____
James A. Mitchell