```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
    UNITED STATES OF AMERICA                                :
                                                            :
              v.                                            :
                                                            :    1:10-cr-01217-KMW
    PETER GHAVAMI,                                          :
    (aka PETER GHAVAMILAHIDJI);                             :
    GARY HEINZ; and                                         :
    MICHAEL WELTY,                                          :
                                                            :
              Defendants.                                   :
                                                            :
------------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/12

## ORDER PERMITTING COURTROOM CONNECT SERVICE

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide parties in the *United States v. Ghavami, et al.,* 10 Cr. 1217 (KMW), with Internet connectivity and Remote Real Time Transcript feeds for the duration of the proceedings, set to begin on Monday, July 23, 2012. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court and the official court reporter. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

SO ORDERED

July 18, 2012
Date

_____
United States Judge