**MEMO ENDORSED**

LAW OFFICES
# STILLMAN & FRIEDMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/12

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

MARY MARGULIS-OHNUMA

NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
ERIK M. ZISSU
LAURA P. WEXLER

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

**VIA HAND DELIVERY**

July 12, 2012

The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    <u>United States v. Ghavami, et al.</u>, 10 Cr. 1217 (KMW)

Dear Judge Wood:

      On behalf of all parties in the above-referenced action, we respectfully submit the following requests relating to courtroom technology and other requests for trial:

      1.    Permission to bring and install the audio/visual equipment listed on the enclosed list to assist in the presentation and display of documentary and audio evidence to the Court, the jury and witnesses.

      2.    Permission for Andy Cepregi of Doar Litigation Consulting ("Doar"), a third-party vendor retained by defendants that is providing equipment for use by all the parties, to assist in the delivery, set-up, testing and operation of the requested audio/visual equipment prior to and during trial. Permission for Scott Minning, a technology employee from the United States Department of Justice, to assist with the set-up and testing of the equipment. Defendants also request permission for Mr. Cepregi to daily bring to the courthouse a laptop computer and a small server to coordinate and operate the courtroom technology on behalf of defendants.

      3.    Permission during the trial to use the witness room outside Courtroom 18B as a defense workroom in which will be stored a laptop computer, printer, a MiFi card (or wireless router), and copies of paper documents.

      4.    Permission to enter the courtroom on Thursday July 19 at 10:00 a.m., or at a time convenient for the Court, to deliver, set-up and test the audio/visual technology described

LAW OFFICES<br>
STILLMAN & FRIEDMAN, P.C.

above. Defendants also request that during that time, Doar be permitted to set up the computer and printer in the witness room outside Courtroom 18B room. Doar will deliver the audio/visual equipment by means of a white DOAR van, a Ford Eco- Line 150, New York License # 28128 JR, driven by Doug Briggs.

        5.     Permission for the attorneys listed on the enclosed standard form order, each of whom has a Southern District service pass, to bring in a General Purpose Computing Device as permitted pursuant to Southern District Standing Order M10-468, dated Feb. 17, 2010.

        The parties have conferred with the Court's Deputy, Sara Lajoie, regarding the above-listed matters and are endeavoring to work with the Courthouse staff to ensure that the preparation and conduct of the trial is as efficient as possible while causing minimal disruptions, including the installation of a third row of counsel tables in the courtroom. Should the Court grant the parties' requests, we will continue to coordinate these matters with Ms. Lajoie.

Respectfully,

Erik M. Zissu

Enclosures

cc:    Counsel of Record (*via e-mail*)

SO ORDERED: 7/18/12

_____
KIMBA M. WOOD
U. S. D. J.


LITIGATION CONSULTING

## U.S. v Ghavami Courtroom Technology Package

Below please find a list of the equipment we intend to bring for the set up on July 19, 2012. We will be driving a White DOAR van, a Ford Eco- Line 150, New York License # 28128 JR. The driver will be Doug Briggs.

| Court room Room Technology Package | Description |
|---|---|
| 1 - Sanyo 7000 Lumens Projector w/Long Throw Lens | Central Monitor |
| 1 - 8' x 10' (12' Diagonal) Projection Screen | Da-Lite FastFold |
| 7 - Dell 17"Flat Panel Monitors | 17" Monitors for use by Attorneys, Court, Witness, and Clerk |
| 5 - VGA Distribution Amplifiers | Distributes Video Signal |
| 1 - VGA Switcher | Controls Display |
| 1 - A/V Tables w/Skirt | Tables For Equipment |
| 2- Bose Panaray Speakers | Speakers for audio presentation. |
| 1 - Cabling | |
| 1 - Audio Mixer | Augmentation of sound for 3rd table |
| 2 - Gooseneck microphones | Augmentation of sound for 3rd table |
| 1 - Printer | |
| 1 - Wireless Router | For Connection to printer |

170 EARLE AVENUE LYNBROOK, NEW YORK 11563   TEL 800.875.8705  FAX 516.823.4400  WWW.DOAR.COM