```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                     │
│ DATE FILED: 7/18/12                  │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,                    10 CR 1217 (KMW)

    -against-                           ORDER RE. MOTION *IN LIMINE*
                                             LIMITING DEFENDANTS' USE
PETER GHAVAMI, GARY HEINZ                     OF THIRD PARTY NOTES AND
and MICHAEL WELTY,                           AGENT SUMMARIES OF WITNESS
                                             INTERVIEWS

                         Defendants.

--------------------------------------------------------x

WOOD, D.J.:

         Both submissions re. the Government's Motion *in limine* Limiting Defendants'

Use of Third Party Notes and Agent Summaries of Witness Interviews correctly state the law.

The motion is denied as premature, without prejudice to it being renewed if defense counsel

begin to tread on thin ice.

         SO ORDERED.


DATED:  New York, N.Y.
        July 18, 2012


                                       KIMBA M. WOOD
                          United States District Judge