```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

PETER GHAVAMI, GARY HEINZ, and
MICHAEL WELTY,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10 Cr. 1217 (KMW)
**ORDER**

KIMBA M. WOOD, U.S.D.J.:

For the reasons stated in the Court's July 23, 2012 Order granting the Government's Motion in Limine to Question Cooperating Witnesses about Certain Recorded Conversations, (Dkt. No. 218), the Defendants' Motion to Preclude Certain Lay Opinion Testimony is DENIED. (Dkt. No. 146.)

SO ORDERED.

Dated: New York, New York
       July 24, 2012

                                  _____
                                    KIMBA M. WOOD
                              United States District Judge

1