USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

PETER GHAVAMI, GARY HEINZ
and MICHAEL WELTY,

        Defendants.

------------------------------------------------------------x

10 CR 1217 (KMW)

ORDER PARTIALLY GRANTING
GOVERNMENT'S MOTION
*IN LIMINE TO* PRECLUDE
DEFENDANTS FROM
REFERENCING COOPERATING
WITNESS'S SUSPICIOUS ACTIVITY
REPORT

WOOD, D.J.:

    The Court grants the Government's Motion *In Limine* to Preclude Defendants from Referencing Cooperating Witness's Suspicious Activity Report insofar as it seeks to preclude references to the SAR reports, pursuant to Fed. R. Evid. Rules 402 and 403, given that the SAR reports add little, if any, probative value to the underlying evidence of the transfers in question and failures to report them. Any probative value the SARs might add is substantially outweighed by the danger of unfair prejudice and juror confusion.

    SO ORDERED.

DATED: New York, N.Y.
         July 24, 2012

_____
KIMBA M. WOOD
United States District Judge