UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
UNITED STATES OF AMERICA                             :
                                                     :
                                                     :
        v.                                           :
                                                     :
PETER GHAVAMI,                                       :        1:10-cr-01217-KMW
(aka PETER GHAVAMILAHIDJI);                          :
GARY HEINZ; and                                      :
MICHAEL WELTY,                                       :
                                                     :
                                                     :
        Defendants.                                  :
                                                     :
-------------------------------------------------------------x

## GOVERNMENT'S NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Government's Motion *in Limine* and Memorandum of Law in Support thereof, the Government will move this court, before the Honorable Kimba M. Wood, United States District Court Judge, at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, to preclude the defense from introducing the consensual recordings made of Defendant Gary Heinz.

Dated: August 1, 2012
       New York, New York

                                                  Respectfully submitted,


                                                  /s/ *Kalina M. Tulley*
DEIRDRE A. McEVOY                                 KALINA M. TULLEY
Chief, New York Field Office                      JOHN W. VAN LONKHUYZEN
Antitrust Division                                JENNIFER M. DIXTON
United States Department of Justice               MICHELLE O. RINDONE
                                                  Trial Attorneys, Antitrust Division
                                                  United States Department of Justice
                                                  209 South LaSalle Street, Suite 600
                                                  Chicago, IL 60604
                                                  (312) 353-7530