UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                     :

UNITED STATES OF AMERICA             :

         v.                                              :

PETER GHAVAMI,                              :          1:10-cr-01217-KMW
(aka PETER GHAVAMILAHIDJI);      :
GARY HEINZ; and                         :
MICHAEL WELTY,                       :

                 Defendants.         :

------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

      I, Kalina M. Tulley, hereby certify that a true and correct copy of the Memorandum of Law in Support of Government's Motion *in Limine* to preclude the defense from introducing the contents of third-party notes and agent summaries of witness interviews as extrinsic evidence of prior inconsistent statements, was served on all parties of record by electronic mail, on the following counsel, this 1st day of August, 2012.

| | |
|---|---|
| Charles Stillman, Esq. | Gregory L. Poe, Esq. |
| James Alfred Mitchell, Esq. | Poe & Burton PLLC |
| Stillman, Friedman & Shechtman, P.C. | 1030 15th Street, N.W. |
| 425 Park Avenue | Suite 580 West |
| New York, New York 10022 | Washington, D.C. 20005 |

Marc L. Mukasey, Esq.
Jonathan Halpern, Esq.
Bracewell & Giuliani LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1104

                                                        /s/ *Kalina M. Tulley*
                                                        _____
                                                        Kalina M. Tulley
                                                        Trial Attorney
                                                        Antitrust Division