UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :
            v.                                              :
                                                            :
PETER GHAVAMI,                                              :     1:10-cr-01217-KMW
(aka PETER GHAVAMILAHIDJI);                                 :
GARY HEINZ; and                                             :
MICHAEL WELTY,                                              :
                                                            :
            Defendants.                                     :
                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, Kalina M. Tulley, hereby certify that a true and correct copy of the Reply Memorandum of Law in Support of Government's Motion *in Limine* to Exclude Certain Audio Recordings of Defendant's Statements, was served on all parties of record by electronic mail, on the following counsel, this 6th day of August, 2012.

| | |
|---|---|
| Charles Stillman, Esq. | Gregory L. Poe, Esq. |
| James Alfred Mitchell, Esq. | Poe & Burton PLLC |
| Stillman, Friedman & Shechtman, P.C. | 1030 15th Street, N.W. |
| 425 Park Avenue | Suite 580 West |
| New York, New York 10022 | Washington, D.C. 20005 |

Marc L. Mukasey, Esq.
Jonathan Halpern, Esq.
Bracewell & Giuliani LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1104

                                                /s/ *Kalina M. Tulley*
                                                _____
                                                Kalina M. Tulley
                                                Trial Attorney
                                                Antitrust Division