IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                              ) | |
|          v.                  ) | |
|                              ) | Crim. No. 1:10-CR-01217-KMW |
| PETER GHAVAMI                ) | |
| GARY HEINZ                   ) | |
| MICHAEL WELTY                ) | |

**DEFENDANTS' NOTICE OF CONSENT MOTION FOR
EXTENSION OF TIME WITHIN WHICH TO FILE POST-TRIAL MOTIONS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Consent Motion for Extension of Time Within Which to File Post-Trial Motions, defendants Peter Ghavami, Gary Heinz, and Michael Welty will jointly move this Court before the Honorable Kimba Wood, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on such day and at such time as the Court may set, for an Order granting the Motion and permitting the filing of post-trial motions and briefs on the schedule proposed in the Memorandum of Law.  Counsel for the government has reviewed this Notice of Motion and the Memorandum of Law and has authorized counsel for defendants to state that the government consents to this Motion.

This 11th day of September, 2012.

Respectfully submitted,

STILLMAN & FRIEDMAN, P.C.

By _____
Charles A. Stillman
James A. Mitchell
Erik M. Zissu

425 Park Avenue
New York, NY 10022
(212) 223-0200
*Attorneys for Defendant Peter Ghavami*

BRACEWELL & GIULIANI, LLP

By _____
Marc L. Mukasey
Jonathan N. Halpern
Philip J. Bezanson

1251 Avenue of the Americas
New York, NY 10020, 49th Floor
(212) 508-6100
*Attorneys for Defendant Gary Heinz*

POE & BURTON, PLLC

By _____
Gregory L. Poe (admitted *pro hac vice*)
Preston Burton (admitted *pro hac vice*)
Rachel S. Li Wai Suen

The Executive Building
1030 15th Street, N.W., Suite 580 West
Washington, DC 20005
(202) 583-2500
*Attorneys for Defendant Michael Welty*