## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2012, I caused true and correct copies of the Notice of Consent Motion for Extension of Time Within Which to File Post-Trial Motions, along with an accompanying Memorandum of Law, to be served via the Court's Electronic Case Filing system and via electronic mail, on the following counsel:

Kalina M. Tulley
Jennifer M. Dixton
U.S. Department of Justice, Antitrust Division
Midwest Field Office
Rookery Building
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604


    /s Gregory L. Poe
Gregory L. Poe
Poe & Burton PLLC
The Executive Building
1030 15th Street, N.W., Suite 580 West
Washington, D.C. 20005
T: 202.583.2500
*Counsel for Michael Welty*