IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 1:10-CR-01217-KMW |
| PETER GHAVAMI ) | |
| GARY HEINZ ) | |
| MICHAEL WELTY ) | |

## WITHDRAWAL OF APPEARANCE OF JENNIFER LEE MEINIG

Kindly withdraw the appearance of Jennifer Lee Meinig on behalf of Michael Welty in the above-captioned matter. Effective October 27, 2012, Ms. Meinig is no longer affiliated with Poe & Burton PLLC.

Dated: November 7, 2012

Respectfully submitted,

/s/ Gregory L. Poe
Poe & Burton PLLC
1030 15th Street, N.W., Suite 580 West
Washington, DC 20005
Phone: (202) 583-2500
Fax: (202) 583-0565

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 1:10-CR-01217-KMW |
| PETER GHAVAMI ) | |
| GARY HEINZ ) | |
| MICHAEL WELTY ) | |

## PROOF OF SERVICE

I, Gregory L. Poe, hereby certify that on November 7, 2012, I served the foregoing Withdrawal of Appearance of Jennifer Lee Meinig on the following counsel of record via the Court's ECF system:

Charles Stillman
James A. Mitchell
Stillman Friedman, P.C.
425 Park Avenue
New York, NY 10022
*Attorney for Defendant Peter Ghavami*

Marc L. Mukasey
Jonathan N. Halpern
Bracewell & Giuliani, LLP
1251 Avenue of the Americas, 49th Floor
New York, NY 10020
*Attorney for Defendant Gary Heinz*

Kalina M. Tulley
Jennifer M. Dixton
U.S. Department of Justice, Antitrust Division
209 South LaSalle Street, Suite 600
Chicago, IL 60604
*Attorneys for United States*

Dated: November 7, 2012

By:   /s/ Gregory L. Poe
      Gregory L. Poe