LAW OFFICES
# STILLMAN & FRIEDMAN, P.C.
425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/12

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR
BRIAN COAD

MARY MARGULIS-OHNUMA

NATHANIEL I. KOLODNY
ERIK M. ZISSU
LAURA P. WEXLER

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

**VIA HAND DELIVERY**

November 5, 2012

**MEMO END**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   United States v. Ghavami, et al., 10 Cr. 1217 (KMW)

Dear Judge Wood:

We write on behalf of defendants Peter Ghavami, Gary Heinz, and Michael Welty, and with the consent of the government, with respect to the scheduling of the sentencing in the above-referenced matter. Specifically, we respectfully request that Your Honor schedule the sentencing on March 19, 2013, if that is a date available to the Court. We have communicated with all parties and that date is both available for everyone, and given certain counsel's trial schedule, will allow all parties sufficient time to prepare for the sentencing. If that date is not available for the Court, we would respectfully request that Your Honor provide counsel with any available dates from March 11 to March 18, 2013 that the Court can hold the sentencing, and we will undertake to determine the best of those dates for all parties.

Thank you for your consideration of this request.

Respectfully Submitted,

Charles A. Stillman

CAS:kj
cc:   Counsel of Record (by email)

*Handwritten order by the Court:*

The Court sets the following schedule for sentencing: 11 a.m. Mr. Welty's sentencing / 1 p.m. Mr. Heinz's sentencing / 3 p.m. Mr. Ghavami's sentencing all on March 19, 2013

The Presentence Investigation Reports are due February 11, 2013.
The defense submissions are due February 21, 2013
The Government responses are due March 7, 2013. Any defense replies are due March 13, 2013.

SO ORDERED: N.Y., N.Y.
11-15-12

_____
KIMBA M. WOOD
U.S.D.J.