UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -                             10 Cr. 1217 (KMW)
                                              ORDER

PETER GHAVAMI, GARY HEINZ, and
MICHAEL WELTY

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KIMBA M. WOOD, U.S.D.J.:


       The Court requests that the Government respond to the following questions no later than 5:00 p.m. on Friday, July 19, 2013.  If the Defendants wish to respond, they should do so no later than 9:00 a.m. on Monday, July 22, 2013.

- The Government states on page 34 of its Sentencing Memorandum that it has "presented evidence that in certain transactions, Defendants' fraud had the effect of depriving the Treasury of use of money invested in escrow transactions provided by UBS."  What are those transactions?  What is the Government's evidence of loss to the Treasury with respect to each of these transactions?

- If the Court were to find that there is insufficient evidence to establish a loss to the Treasury in these transactions, how would this finding impact the validity or results of Dr. Woodward's analysis of the remaining transactions?


       SO ORDERED.


Dated: New York, New York
       July 18, 2013

                             /s/_____
                                  Kimba M. Wood
                          United States District Judge