Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York


RECEIVED
AUG 15 2013
S.D.N.Y.

Caption:
United States v.
Peter Ghavami

Docket No.: 10 Cr. 1217
Hon. Kimba M. Wood
(District Court Judge)

Notice is hereby given that Peter Ghavami appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ]
(specify)
entered in this action on 08/09/2010
(date)

This appeal concerns: Conviction only [✓]  Sentence only [ ]  Conviction & Sentence [ ]  Other [ ]
Defendant found guilty by plea [ ] trial [✓] N/A [ ].
Offense occurred after November 1, 1987? Yes [✓]  No [ ]  N/A [ ]
Date of sentence: 07/24/2013  N/A [ ]
Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

The Defendant must surrender to the Bureau of Prisons within 72 hours of being designated to a security facility.

Appellant is represented by counsel? Yes [✓] No [ ]  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Charles A. Stillman |
| Counsel's Address: | Ballard Spahr Stillman & Friedman LLP |
| | 425 Park Avenue, NY, NY 10022 |
| Counsel's Phone: | 212-223-0200 |
| Assistant U.S. Attorney: | Kalina Tulley |
| AUSA's Address: | Antitrust Division, U.S. Department of Justice |
| | 209 S. Lasalle St., Suite 600, Chicago, IL 60604 |
| AUSA's Phone: | 312-353-3615 |

Signature