USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

vs.

PETER GHAVAMI, GARY HEINZ, and
MICHAEL WELTY,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10 Cr. 1217 (KMW)

[PROPOSED] ORDER TO REDACT

IT IS HEREBY ORDERED that prior to electronic filing of a Transcript of an Initial Appearance, dated December 2, 2010, the Court Reporter shall, pursuant to Southern District of New York Electronic Case Filing Rule & Instruction 21.4, redact the following text: page 5, line 11 through page 6, line 6.

SO ORDERED THIS 9th day of September 2013.

_____
HONORABLE KIMBA M. WOOD
United States District Judge