UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

                                :

         v.                   :    No. 10 Cr. 1217-03 (KMW)

                                :

MICHAEL WELTY,               :

                                :

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**DEFENDANT MICHAEL WELTY'S**
**<u>NOTICE OF MOTION FOR RELEASE PENDING APPEAL</u>**

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendant Michael Welty's Motion for Release Pending Appeal, defendant Michael Welty

will move this Court before the Honorable Kimba Wood, United States District Judge for the

Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York,

New York, on such day and at such time as the Court may set, for an Order granting the Motion.

        This 16th day of September, 2013.

                           Respectfully submitted,

                           <u>s/ Gregory L. Poe</u>
                           Gregory L. Poe (admitted *pro hac vice*)
                           Preston Burton (admitted *pro hac vice*)
                           Rachel S. Li Wai Suen (RS-1145)
                           Poe & Burton PLLC
                           The Executive Building
                           1030 15th Street, N.W., Suite 580 West
                           Washington, D.C. 20005
                           T: 202.583.2500

                           *Attorneys for Michael Welty*