# Ballard Spahr
# Stillman & Friedman LLP

425 Park Avenue
New York, NY 10022-3506
tel 212 223 0200
fax 212 223 1942
www.ballardspahr.com

MEMO ENDORSED

James A. Mitchell
tel 212 223 0200
fax 212 223 1942
mitchellj@ballardspahr.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/13

October 18, 2013

*Filed on ECF*
*Courtesy copy by fax*

The Honorable Kimba M. Wood
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Peter Ghavami, et al.*, 10 Cr. 1217 (KMW)

Dear Judge Wood:

We write on behalf of our client Peter Ghavami concerning the disposition of his passport, which is currently in the possession of Pretrial Services.  Specifically, we respectfully request that Your Honor "so order" this letter authorizing Pretrial Services to deliver the passport to us.  Mr. Ghavami began serving his sentence on September 10, 2013.  As Your Honor may recall, Mr. Ghavami is a Belgian citizen and, subsequent to the completion of his sentence, he will be removed to Belgium.  In connection with expediting the removal process, we understand that his passport will need to be provided to the immigration authorities.  The passport will be held in the possession of Mr. Ghavami's counsel until that time.

*Granted.*
*KMW*

I have discussed the issue with John Moscato, Mr. Ghavami's pretrial officer, who indicated that he will provide us with the passport upon Your Honor's order.  I have also spoken to DOJ attorney Katina Tulley, and the government does not object to this request.

Thank you for consideration of this request.

Respectfully submitted,

James A. Mitchell

JAM

cc:   All Counsel (by email)
      Pretrial Officer John Moscato (by email)

10-18-13
SO ORDERED, N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.