UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
UNITED STATES OF AMERICA                           :
                                                   :
         v.                                        :         1:10-cr-01217-KMW
                                                   :
PETER GHAVAMI,                                     :
GARY HEINZ, and                                    :
MICHAEL WELTY,                                     :
                                                   :
         Defendants.                               :
                                                   :
-------------------------------------------------------------x

## GOVERNMENT'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPTS

PLEASE TAKE NOTICE that the Government intends to submit proposed redactions to the trial transcripts listed below, as set out in the Comments column, pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Section 21 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York.

| Transcript date | Transcript Docket Number | Docket Number of Notice of Filing of Official Transcript | Comments |
|---|---|---|---|
| January 31, 2011 | 428 | 429 | No redactions necessary |
| January 26, 2012 | 430 | 431 | No redactions necessary |
| July 9, 2012 | 432 | 433 | No redactions necessary |
| July 20, 2012 | 434 | 435 | Redactions to be proposed |

This Notice is submitted pursuant to the Notices of Filing of Official Transcript listed above.

| | |
|---|---|
| Dated: November 4, 2013<br>New York, New York | Respectfully submitted, |
| | /s/ *John W. Van Lonkhuyzen* |
| MARC SIEGEL<br>Acting Chief, New York Field Office<br>Antitrust Division<br>U.S. Department of Justice | KALINA M. TULLEY<br>JOHN W. VAN LONKHUYZEN<br>JENNIFER M. DIXTON<br>Trial Attorneys, Antitrust Division<br>U.S. Department of Justice<br>26 Federal Plaza, Room 3630<br>New York, NY  10278<br>(212) 335-8000 |